# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128–7716
(305)523–5100

Date: May 17, 2018

**Clerk of Circuit and County Courts**
17th Judicial Circuit of Florida
230 Broward County Courthouse
201 South East 6th Street
Ft. Lauderdale, FL 33301

RE:  District Court Case No.: 0:18–cv–60857–KMW

State Court Case No.: COCE–18–005902

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

Steven M. Larimore, Clerk of Court

By  _/s/ Randi Marks_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Steven M. Larimore**　　　　　　　　　　　　　　　　　400 North Miami Avenue, Room 8N09
Court Administrator • Clerk of Court　　　　　　　　　　　　Miami, Florida 33128–7716
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(305)523–5100

Date: May 17, 2018

**Clerk of Circuit and County Courts**
17th Judicial Circuit of Florida
230 Broward County Courthouse
201 South East 6th Street
Ft. Lauderdale, FL 33301

RE:  District Court Case No.: 0:18–cv–60857–KMW

　　　State Court Case No.: COCE–18–005902

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

　　　　　　　　　　　　　　　　　　　　　　　**Clerk's Acknowledgment of Receipt**
　　　　　　　　　　　　　　　　　　　　　　　The undersigned hereby ackonwledges receipt of the

　　　　　　　　　　　　　　　　　　　　　　　District Court's certified copy of the Order of Remand.

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　On:_____

Steven M. Larimore, Clerk of Court

By  _/s/ *Randi Marks*_
Deputy Clerk